Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com


Attorney for:
Francisco Gomez Sanchez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19-0159-04 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE FOR CHANGE OF PLEA TO 4/20/20 AT 9:00 A.M. |
| v. | |
| FRANCISCO GOMEZ SANCHEZ, | |
| Defendant | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, Adrian Kinsella, and Defendant Francisco Gomez Sanchez, represented by Attorney Dina Santos, hereby stipulate as follows:

1.    By previous order, this matter was set for change of plea on 3/16/20.

2.    By this stipulation, Defendant now moves to continue the change of plea hearing until April 20, 2020 at 9:00 a.m. before the Hon. William B. Shubb, and to exclude time between March 16, and April 20, 2020, under Local Code T4. Plaintiff does not oppose this request. Defense Counsel requires additional time for attorney preparation, and to meet with the Client.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    Counsel for Defendant requires additional time to continue to review discovery, and to otherwise prepare for trial. Counsel for Defendant believe that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the

1

continuance.

       b)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       c)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 16, 2020, to April 20, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 13, 2020                     MCGREGOR SCOTT
                                      United States Attorney

                                 /s/ Adrian Kinsella
                                 ADRIAN KINSELLA
                                 Assistant United States Attorney

Dated: March 13, 2020                     /s/ Dina L. Santos
                                        DINA L. SANTOS, ESQ.
                                      Attorney for Francisco Gomez Sanchez

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: March 16, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2